*In re* José G. Izquierdo Stella.

*Número:* TS-2007          *Resuelto:* 7 de junio de 2005

*Carmen H. Carlos*, directora de la Oficina de Inspección de Notarías.

## RESOLUCIÓN

Habiendo transcurrido el término de suspensión de tres meses del ejercicio de la abogacía del Sr. José G. Izquierdo Stella, decretado mediante opinión *per curiam* y sentencia de 28 de julio de 2004, y en vista de que la Oficina de Inspección de Notarías nos ha informado que aprobó la obra notarial el 28 de febrero de 2005, se accede a la Moción de Reinstalación de éste al ejercicio de la abogacía y de la notaría a partir de la notificación de la presente resolución.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado Señor Rebollo López no intervino.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*